AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Montana

**FILED**
JUL 05 2019
Clerk, U.S. Courts
District Of Montana
Billings Division

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
White Ford F150, Blue Chevrolet 1500, Blue GMC )
Sierra, located at 3569 Reno Creek Rd. Crow Agency )
MT. Lat. 45°29'38.1"N. Long. 107°19'32.2"W )

Case No. MJ- 56 BLG-TJC

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ___Billings Division___ District of ___Montana___ *(identify the person or describe property to be searched and give its location)*:

See Attachment A incorporatated by reference;

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § ___922 (g)(1),(2)___, and the application is based on these facts:

See Affidavit, Attachment C.

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Stephen V. Feuerstein ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7-25-19

_____
*Judge's signature*

City and state: Billings, Montana

U.S. Magistrate Judge Timothy J. Cavan
*Printed name and title*